**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2242

RAMONA S. BURNETTE,

Plaintiff - Appellant,

versus

SIGNET/CAPITAL ONE BANK,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. James R. Spencer, District Judge. (CA-97-865-3)

Submitted: January 21, 1999          Decided: February 3, 1999

Before LUTTIG, MOTZ, and KING,[*] Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ramona S. Burnette, Appellant Pro Se. Ronald Nicholas Regnery, CHRISTIAN & BARTON, Richmond, Virginia; Bruin S. Richardson, III, WRIGHT, ROBINSON, OSTHIMER & TATUM, Richmond, Virginia for Appellee.

---

[*] Judge King did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ramona Burnette appeals the district court's order awarding costs to the Defendant and dismissing as barred by the statute of limitations her complaint in which she alleged bankruptcy discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Burnette v. Signet/ Capital One</u>, No. CA-97-865-3 (E.D. Va. July 20, 1998). Additionally, we deny Capital One's and Signet's motions for sanctions. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>